■ In the Matter of INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 409, Petitioner, v STATE OF NEW YORK PUBLIC EMPLOYMENT RELATIONS BOARD, MICHAEL R. CUEVAS, as Chairman and BOARD OF EDUCATION OF CITY SCHOOL DISTRICT OF CITY OF BUFFALO, Respondents. [782 NYS2d 393]—Motion for reargument granted and, upon reargument, the memorandum and order entered July 9, 2004 is amended by providing in the ordering paragraph that the counterclaim for enforcement is granted. [See 9 AD3d 852 (2004).] Present—Pigott, Jr., P.J., Pine, Kehoe and Hayes, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NACHE AFRIKA, Appellant. [782 NYS2d 390]—Motion for reargument granted and, upon reargument, the memorandum and order entered July 9, 2004 [9 AD3d 876] is amended by deleting the first three sentences of the last paragraph of the memorandum. Present—Pine, J.P., Hurlbutt, Gorski and Lawton, JJ.